IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARZENA MULAWKA,<br>    Plaintiff,<br><br>    vs.<br><br>COMMONWEALTH OF PENNSYLVANIA,<br>et al.,<br>    Defendants. | 2:11cv1651<br>Electronic Mail<br><br>Judge Cercone<br>Magistrate Judge Mitchell |

## MEMORANDUM ORDER

AND NOW, this  15  day of January, 2013, after the plaintiff, Marzena Mulawka, filed an action in the above-captioned case, and after motions to dismiss the Amended Complaint were submitted by three of the defendants, Mercer County, Pennsylvania, the Pennsylvania Department of Transportation and Superior Ambulance Service, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 68), which is adopted as the opinion of this Court,

    IT IS ORDERED that the Motion to Dismiss the Amended Complaint filed on behalf of Defendant Pennsylvania Department of Transportation (ECF No. 54) is GRANTED.

    IT IS FURTHER ORDERED that the Motion to Dismiss the Amended Complaint filed on behalf of Defendant Mercer County, Pennsylvania (ECF No. 58) is GRANTED.

IT IS FURTHER ORDERED that the Motion to Dismiss the Amended Complaint filed on behalf of Defendant Superior Ambulance Service (ECF No. 63) is DENIED.

*DS Cercone*

David Stewart Cercone
United States District Judge

cc:   Marzena Mulawka
500 Riverside Dr., Unit 268
New York, NY 10027

(*Via First Class Mail*)

Mary Lynch Friedline, Esquire
Christopher J. Sinnott, Esquire
Thomas J Sweeney, Esquire
Charles A. Buechel, Jr., Esquire

(*Via CM/ECF Electronic Mail*)